IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL S. LITTLE,<br><br>　　　　Defendant.<br>_____/ | No. C-06-3157 MMC<br><br>**ORDER DISMISSING ACTION FOR LACK OF SUBJECT JURISDICTION** |

In the instant action for breach of contract, subject matter jurisdiction is alleged to be based entirely on diversity jurisdiction. (See Compl. ¶ 5.) Pursuant to 28 U.S.C. § 1332, the Court lacks subject matter jurisdiction based on diversity unless the amount in controversy exceeds $75,000. See 28 U.S.C. § 1332(a). Plaintiffs allege only that the amount in controversy exceeds $50,000. (See Compl. ¶ 5.) Consequently, plaintiffs have failed to adequately allege diversity jurisdiction over the instant action.

Accordingly, the instant action is hereby DISMISSED for lack of subject matter jurisdiction. As plaintiffs may be able to cure the deficiency, however, the Court will afford plaintiffs leave to file, no later than May 26, 2006, an amended complaint alleging the requisite amount in controversy.

**IT IS SO ORDERED.**

Dated: May 15, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge