Dated: June 27, 2006

**IT IS SO ORDERED**
*Maxine M. Chesney*
Judge Maxine M. Chesney

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

1  THE GUERRERO LAW FIRM
     Tara-ann Aki Osuga (State Bar No. 215484)
2  703 Market Street, Suite 1109
   San Francisco, California 94103
3  Telephone:  (415) 543 - 6462
   Facsimile:   (415) 449 - 3450
4
   Attorneys for Michael S. Little
5

## sUNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM) a Division of CHEVRON U.S.A. INC. | Case No. C 06-3157 MMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT FOR DAMAGES; ORDER THEREON** |
| Plaintiffs, | |
| v. | |
| MICHAEL S. LITTLE | Judge:   Hon. Maxine M. Chesney |
| Defendants. | |

## STIPULATION

The parties to the above-captioned action, by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS, Plaintiff has agreed to extend the time for Defendant to answer or otherwise respond to the First Amended Complaint to July 12, 2006;

2. WHEREAS, no party would be prejudiced by the adjustments to the schedule reflected in this stipulation;

IT IS STIPULATED that:

Pursuant to Local Rule 6-1(a), Defendant shall answer or otherwise respond to the First Amended Complaint on or before July 12, 2006.

Dated: June 22, 2006

MILLER LAW GROUP
A Professional Corporation

By /s/ Lisa C. Hamasaki
Lisa C. Hamasaki
Attorneys for Plaintiffs
CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM) a Division of CHEVRON U.S.A. INC.

Dated: June 22, 2006

THE GUERRERO LAW FIRM
Tara-ann Aki Osuga

By /s/ Tara-ann Aki Osuga
Tara-ann Aki Osuga
Attorneys for Defendant
MICHAEL S. LITTLE

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitle action; my business address is: 703 Market Street, Suite 1109, San Francisco, California 94103.

On June 26, 2006, I served the following within:

**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT FOR DAMAGES**

On the following interested parties in said action;

**Ms. Lisa Hamasaki, Esq.
Miller Law Group
Wood Island Center
60 E. Sir Francis Drake Blvd., Suite 302
Larkspur, CA 94939**

By MAIL, I placed the original _____, a true copy __X___ of the aforementioned document(s) in a sealed envelope which I caused to be deposited in the mail at San Francisco, California.

Executed on June 26, 2006, in San Francisco, California.

____(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Christopher Guerrero