Michele Ballard Miller (SBN 104198)
    mbm@millerlawgroup.com
Lisa C Hamasaki (SBN 197628)
    lch@millerlawgroup.com
Jessica F. Mills (SBN 220997)
    jfm@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC.

THE GUERRERO LAW FIRM
Christopher Guerrero (SBN 212987)
703 Market Street, Suite 1109
San Francisco, CA 94103
Tel. (415) 543-6462
Fax (415) 449-3450

Attorneys for Defendant Michael S. Little

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC.<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE,<br><br>    Defendant. | Case No. C 06 3157 MMC<br><br>**STIPULATED REQUEST TO CONTINUE THE AUGUST 18, 2006 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER** |

Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION ("CIEP"), formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, a Division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little, through their respective attorneys, hereby stipulate to continue the Initial Case Management Conference currently calendared for August 18, 2006 at 10:30 a.m. to September 22, 2006 at 10:30 a.m.  Defendants further agree to continue all associated deadlines, including applicable ADR deadlines, the deadline for completing initial disclosures, filing a case management statement and filing a Rule 26(f) report to the dates set forth below:

| | |
|---|---|
| September 1, 2006 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel;<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| September 15, 2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| September 22, 2006 | INITIAL CASE MANAGEMENT CONFERENCE |

Good cause exists for this extension because Defendant Little has filed a Rule 12(b)(6) Motion to Dismiss which is scheduled to be heard on August 25, 2006 – seven days after the currently scheduled initial case management conference.   Prior to resolution of Defendant's motion, this matter is not at issue.  Accordingly, it is in the interest of all

1

**STIPULATED REQUEST TO CONTINUE THE AUGUST 18, 2006 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER;** Case No. C 06 3157 MMC

parties to await the outcome of that hearing before proceeding with ADR discussions, or expending time and resources on preparing initial disclosures, a Rule 26(f) report or an initial case management conference.

**IT IS SO STIPULATED.**

Dated: July 24, 2006              MILLER LAW GROUP
                                  A Professional Corporation


                                  By: _____/s/_____
                                      Lisa C. Hamasaki
                                      Attorneys for Plaintiffs CHEVRON
                                      GLOBAL TECHNOLOGY
                                      SERVICES COMPANY, (formerly known
                                      as CHEVRONTEXACO GLOBAL
                                      TECHNOLOGY SERVICES COMPANY)
                                      and CHEVRON INTERNATIONAL
                                      EXPLORATION AND PRODUCTION
                                      (formerly known as CHEVRONTEXACO
                                      OVERSEAS PETROLEUM), a Division of
                                      CHEVRON U.S.A. INC.


Dated: July 24, 2006              THE GUERRERO LAW FIRM


                                  By: _____/s/_____
                                      Christopher Guerrero
                                      Attorneys for Defendant
                                      MICHAEL S. LITTLE

# ORDER

Having reviewed the Stipulation executed by Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION ("CIEP"), formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, a Division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), and good cause appearing, the Court hereby orders that the August 18, 2006 Initial Case Management Conference and associated dates are vacated and rescheduled pursuant to the schedule set forth below.

| Date | Deadline |
|---|---|
| September ~~1~~ 8, 2006 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| September ~~15~~ 22, 2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| September ~~22~~ 29, 2006 | INITIAL CASE MANAGEMENT CONFERENCE |

**IT IS SO ORDERED.**

Dated: July 26, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

3
**STIPULATED REQUEST TO CONTINUE THE AUGUST 18, 2006 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER;** Case No. C 06 3157 MMC