1   Christopher Guerrero (Bar No. 212987)
    THE GUERRERO LAW FIRM
2   703 Market Street, Suite 1109
    San Francisco, California 94103
3   Telephone:   (415) 543-6462
    Facsimile:   (415) 449-3450
4
    Attorneys for Defendant: Michael S. Little
5
    MILLER LAW GROUP
6   A Professional Corporation
    60 E. Sir Francis Drake Blvd., Ste. 302
7   Larkspur, CA 94939
    Tel. (415) 464-4300
8   Fax (415) 464-4336

9   Attorneys for Plaintiffs CHEVRON GLOBAL
    TECHNOLOGY SERVICES COMPANY, (formerly
10  known as CHEVRONTEXACO
    GLOBAL TECHNOLOGY SERVICES COMPANY)
11  and CHEVRON INTERNATIONAL EXPLORATION
    AND PRODUCTION (formerly known as
12  CHEVRONTEXACO OVERSEAS PETROLEUM),
    a Division of CHEVRON U.S.A. INC.
13
                    **UNITED STATES DISTRICT COURT**
14
                  **NORTHERN DISTRICT OF CALIFORNIA**
15

16                                              | Case No. C 06 3157 MMC
    CHEVRON GLOBAL TECHNOLOGY
17  SERVICES COMPANY, (formerly known as
    CHEVRONTEXACO GLOBAL
18  TECHNOLOGY SERVICES COMPANY)        **STIPULATED   REQUEST   TO   CONTINUE**
    and CHEVRON INTERNATIONAL           **THE SEPTEMBER 29, 2006 INITIAL CASE**
19  EXPLORATION AND PRODUCTION          **MANAGEMENT    CONFERENCE    AND**
    (formerly known as CHEVRONTEXACO    **ASSOCIATED DATES AND [PROPOSED]**
20  OVERSEAS PETROLEUM), a Division of  **ORDER**
    CHEVRON U.S.A. INC.
21
                Plaintiffs,
22
    v.
23
    MICHAEL S. LITTLE,
24
                Defendant.
25

26

27

28

THE GUERRERO LAW FIRM
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST TO CONTINUE THE SEPTEMBER 29, 2006 INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DATES AND [PROPOSED] ORDER; CASE NO. C 06 3157 MMC

1   Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY

2   (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL

3   TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL

4   EXPLORATION AND PRODUCTION ("CIEP"), formerly known as CHEVRONTEXACO

5   OVERSEAS PETROLEUM, a Division of CHEVRON U.S.A. INC. (referred to collectively as

6   "Plaintiffs") and Defendant Michael S. Little, through their respective attorneys, hereby stipulate

7   to continue the Initial Case Management Conference currently calendared for September 29,

8   2006 at 10:30 a.m. to October 27, 2006 at 10:30 a.m.  The Parties further agree to continue all

9   associated deadlines, including applicable ADR deadlines, the deadline for completing initial

10  disclosures, filing a case management statement and filing a Rule 26(f) report to the dates set

11  forth below:

| | |
|---|---|
| October 6, 2006 | Last day to: <br> • Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; <br> • File ADR Certification signed by Parties and Counsel; <br> • File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| October 20, 2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| October 27, 2006 | INITIAL CASE MANAGEMENT CONFERENCE |

27  Good cause exists for this extension because it reflects the first date that all parties

28  are available for the initial case management conference in this matter.

THE GUERRERO LAW FIRM

ATTORNEYS AT LAW
SAN FRANCISCO

1

2          **IT IS SO STIPULATED.**

3

Dated:  August 8, 2006                    THE GUERRERO LAW FIRM
4

5

                                          By:  _____/s/_____
6                                              Christopher Guerrero
                                               Attorneys for Defendant
7                                              MICHAEL S. LITTLE

8

Dated:  August 8, 2006                    MILLER LAW GROUP
9                                              A Professional Corporation

10

11                                        By:  _____/s/_____
                                               Lisa C. Hamasaki
12                                             Attorneys for Plaintiffs CHEVRON GLOBAL
                                               TECHNOLOGY
13                                             SERVICES COMPANY, (formerly known as
                                               CHEVRONTEXACO GLOBAL
14                                             TECHNOLOGY SERVICES COMPANY)
                                               and CHEVRON INTERNATIONAL
15                                             EXPLORATION AND PRODUCTION
                                               (formerly known as CHEVRONTEXACO
16                                             OVERSEAS PETROLEUM), a Division of
                                               CHEVRON U.S.A. INC.
17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED REQUEST TO CONTINUE THE SEPTEMBER 29, 2006 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER;** CASE NO. C 06 3157 MMC

1

## <u>ORDER</u>

2

3          Having reviewed the Stipulation executed by Plaintiffs CHEVRON GLOBAL

4    TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as

5    CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON

6    INTERNATIONAL EXPLORATION AND PRODUCTION ("CIEP"), formerly known as

7    CHEVRONTEXACO OVERSEAS PETROLEUM, a Division of CHEVRON U.S.A. INC.

8    (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), and good

9    cause appearing, the Court hereby orders that the September 29, 2006 Initial Case Management

10   Conference and associated dates are vacated and rescheduled pursuant to the schedule set forth

11   below.

12          October 27, 2006
13          ~~October 6, 2006~~                Last day to:
                                              • Meet and confer re: initial disclosures, early
14                                              settlement, ADR process selection and
                                                discovery plan
15                                            • File ADR Certification signed by Parties and
                                                Counsel
16                                            • File either Stipulation to ADR Process or Notice
                                                of Need for ADR Phone Conference
17
            November 10, 2006
18          ~~October 20, 2006~~              Last day to complete initial disclosures or state
                                              objection in Rule 26(f) Report, file Case
19                                            Management Statement, and file Rule 26(f) Report
            November 17, 2006 at 10:30 a.m.
20          ~~October 27, 2006~~              INITIAL CASE MANAGEMENT CONFERENCE

21

22          **IT IS SO ORDERED.**

23

24   Dated: ___August 21, 2006_____      _____
                                                The Honorable Maxine M. Chesney
25                                              United States District Judge

26

27

28

THE GUERRERO LAW FIRM

ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATED REQUEST TO CONTINUE THE SEPTEMBER 29, 2006 INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DATES AND [PROPOSED] ORDER; CASE NO. C 06 3157 MMC**