1  Christopher Guerrero (Bar No. 212987)
   THE GUERRERO LAW FIRM
2  703 Market Street, Suite 1109
   San Francisco, California 94103
3  Telephone: (415) 543-6462
   Facsimile:  (415) 449-3450
4
   Attorneys for Defendant: Michael S. Little
5
   Michele Ballard Miller (Bar No. 104198)
6  Lisa C. Hamasaki (Bar No. 197628)
   MILLER LAW GROUP
7  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
8  Larkspur, CA 94939
   Tel. (415) 464-4300
9  Fax (415) 464-4336

10 Attorneys for Plaintiffs CHEVRON GLOBAL
   TECHNOLOGY SERVICES COMPANY, (formerly
11 known as CHEVRONTEXACO
   GLOBAL TECHNOLOGY SERVICES COMPANY)
12 and CHEVRON INTERNATIONAL EXPLORATION
   AND PRODUCTION (formerly known as
13 CHEVRONTEXACO OVERSEAS PETROLEUM),
   a Division of CHEVRON U.S.A. INC.
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC. <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL S. LITTLE, <br><br> Defendant. | Case No. C 06 3157 MMC <br><br> **STIPULATED REQUEST TO CONTINUE THE NOVEMBER 17, 2006 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER** |

THE GUERRERO LAW FIRM
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST TO CONTINUE THE NOVEMBER 17, 2006 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER; CASE NO. C 06 3157 MMC

Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION ("CIEP"), formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, a Division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little, through their respective attorneys, hereby stipulate to continue the Initial Case Management Conference currently calendared for November 17, 2006 at 10:30 a.m. to December 15, 2006 at 10:30 a.m.  The Parties further agree to continue all associated deadlines, including applicable ADR deadlines, the deadline for completing initial disclosures, filing a case management statement and filing a Rule 26(f) report to the dates set forth below:

| | |
|---|---|
| November 27, 2006 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel;<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| December 8, 2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| December 15, 2006 | INITIAL CASE MANAGEMENT CONFERENCE |

Good cause exists for this extension because Defendant Little's counsel is unavailable on November 17, 2006 and December 15, 2006 reflects the first date that all parties

1

THE GUERRERO LAW FIRM
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATED REQUEST TO CONTINUE THE NOVEMBER 17, 2006 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER;** CASE NO. C 06 3157 MMC

are available for the initial case management conference in this matter.

**IT IS SO STIPULATED.**

Dated:  August 30, 2006                THE GUERRERO LAW FIRM


By: _____**/s/**_____
    Christopher Guerrero
    Attorneys for Defendant
    MICHAEL S. LITTLE


Dated:  August 30, 2006                MILLER LAW GROUP
                                       A Professional Corporation


By: _____**/s/**_____
    Lisa C. Hamasaki
    Attorneys for Plaintiffs CHEVRON GLOBAL TECHNOLOGY
    SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL
    TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL
    EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO
    OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC.

2

THE GUERRERO LAW FIRM
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATED REQUEST TO CONTINUE THE NOVEMBER 17, 2006 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER;** CASE NO. C 06 3157 MMC

# ORDER

Having reviewed the Stipulation executed by Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION ("CIEP"), formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, a Division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), and good cause appearing, the Court hereby orders that the November 17, 2006 Initial Case Management Conference and associated dates are vacated and rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| November 27, 2006 | Last day to: <br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan <br>• File ADR Certification signed by Parties and Counsel <br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| December 8, 2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| December 15, 2006 | INITIAL CASE MANAGEMENT CONFERENCE |

**IT IS SO ORDERED.**

Dated: __August 31, 2006__                  _____
                                                                                 The Honorable Maxine M. Chesney
                                                                                 United States District Judge

3

THE GUERRERO LAW FIRM
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST TO CONTINUE THE NOVEMBER 17, 2006 INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER; CASE NO. C 06 3157 MMC