United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) et al.,

    Plaintiffs,

  v.

MICHAEL S. LITTLE,

    Defendant.
_____/

No. C-06-3157 MMC

**ORDER DIRECTING DEFENDANT'S COUNSEL TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS; DIRECTING COUNSEL TO NOTICE MOTION FOR HEARING OR SUBMIT STIPULATION THERETO**

On March 1, 2007, defendant's counsel electronically filed a motion to withdraw as counsel. Defendant's counsel has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Counsel is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced

1 document.  Counsel is hereby advised that if he fails in the future to comply with the Court's
2 order to provide chambers copies of electronically-filed documents, the
3 Court may impose sanctions, including, but not limited to, striking from the record any
4 electronically-filed document of which a chambers copy has not been timely provided to the
5 Court.

6       Additionally, counsel has neither noticed the above-referenced motion for a hearing
7 date nor submitted a stipulation from his client, agreeing to the proposed withdrawal.  Until
8 counsel notices the motion, there is no deadline by which his client must oppose the
9 motion, should he wish to do so.  Accordingly, the Court will not consider counsel's motion
10 unless and until either (1) it has been noticed for a hearing date, or (2) counsel submits a
11 stipulation from his client, agreeing to the proposed withdrawal..

12       **IT IS SO ORDERED.**

13 Dated: March 8, 2007

14 MAXINE M. CHESNEY
United States District Judge

2