IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL S. LITTLE,<br><br>    Defendant.<br>_____/ | No. C-06-3157 MMC<br><br>**ORDER STRIKING MOTION TO WITHDRAW AS COUNSEL**<br><br>(Docket No. 29) |

      On March 1, 2007, defendant's counsel electronically filed a motion to withdraw as counsel. Counsel violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      In an order filed March 8, 2007, the Court ordered defendant's counsel to immediately submit a chambers copy of the above-referenced motion, and warned defendant's counsel that if he failed in the future to comply with the Court's order to submit

chambers copies of electronically-filed documents, the Court would consider imposing sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy had not been timely provided to the Court.

Defendant's counsel again has violated the Court's order by failing to lodge a chambers copy of the motion to withdraw. The Court expects the parties to comply with the Court's orders without being repeatedly reminded to do so. Accordingly, the Court hereby STRIKES the motion to withdraw from the record, without prejudice to counsel's filing a new copy of the document in compliance with General Order 45 and accompanied by a declaration explaining the reasons for his failure to date to abide by the Court's orders.

This order terminates Docket No. 29.

**IT IS SO ORDERED.**

Dated: March 21, 2007

MAXINE M. CHESNEY
United States District Judge