1  THE GUERRERO LAW FIRM
   Christopher Guerrero (State Bar No. 212987)
2  703 Market Street, Suite 1109
   San Francisco, California 94103
3  Telephone: (415) 543 - 6462
   Facsimile:  (415) 449 - 3450
4
   Attorneys for Defendant, Michael S. Little
5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM) a Division of CHEVRON U.S.A. INC.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE<br><br>Defendant. | Case No. C 06-3157 MMC<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL<br><br><br>Judge:   Hon. Maxine M. Chesney |

THE GUERRERO LAW FIRM
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. C 06-3157 MMC                           1

NOTICE OF MOTION AND MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL; DECLARATION OF CHRISTOPHER GUERRERO IN SUPPORT OF THE MOTION TO WITHDRAW AND [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

Having reviewed the Motion for Withdrawal and Declaration of Defendant's counsel, CHRISTOPHER GUERRERO dated, March 1, 2007, and determined that good cause exists to grant the motion to withdraw as counsel for Michael S. Little, the motion to withdraw is hereby GRANTED. Defendants' request for a 60-day extension of the discovery deadlines and the deadline to file dispositive motions is hereby DENIED without prejudice.   **IT IS SO ORDERED.**

Dated: May 8, 2007

_____
The Honorable Maxine M. Chesney
United States District Judge

Case No. C 06-3157 MMC

2

NOTICE OF MOTION AND MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL; DECLARATION OF CHRISTOPHER GUERRERO IN SUPPORT OF THE MOTION TO WITHDRAW AND [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

THE GUERRERO LAW FIRM
ATTORNEYS AT LAW
SAN FRANCISCO