Michele Ballard Miller (SBN 104198)
    mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
    lch@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
    klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC.

Lisa Tan (SBN 228326)
    ltan@rrjlaw.com
RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, CA 91101
Tel. (626) 683-8869
Fax (626) 683-8870

Attorneys for Defendant
MICHAEL S. LITTLE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC.<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE,<br><br>    Defendant. | Case No. C 06 3157 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY PROCEEDINGS AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: May 11, 2006 |

Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as CHEVRONTEXACO OVERSEARS PETROLEUM, a division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little, through their respective counsel agree and stipulate as follows:

1. This is a diversity action for breach of contract and the implied covenant of good faith and fair dealing in which Plaintiffs contend that by filing a lawsuit against Plaintiffs in Venezuela – instead of California – Defendant breached forum selection clauses entered into by the parties.

2. Defendant denies Plaintiffs' allegations.

3. On August 10, 2007, a Venezuela court dismissed Defendant's case against Plaintiffs on the merits.

4. In mid to late September 2007 Defendant appealed the Venezuela court's decision.

5. The parties are informed and understand that the Venezuelan appellate court could take as many as 12 months to rule on Defendant's appeal.

6. At the parties' further Case Management Conference held on September 7, 2007, this Court vacated trial and related dates pending the outcome of the parties' Venezuelan litigation.

7. In light of the fact that the appeal is ongoing, the parties agree and request of the Court that all proceedings remain stayed until Venezuelan litigation is concluded.

8. Further the parties agree and request of the Court that the Case Management Conference scheduled for December 7, 2007, at 9:00 a.m., be continued to a

date at least six months from the date of this filing, at which time the parties will provide the Court with a status update.

**IT IS SO STIPULATED**:

Dated:  November 30, 2007                MILLER LAW GROUP
                                         A Professional Corporation


                                         By: __/s/_____
                                              Michele Ballard Miller
                                              Attorneys for Plaintiffs CHEVRON GLOBAL
                                              TECHNOLOGY SERVICES COMPANY,
                                              (formerly known as CHEVRONTEXACO
                                              GLOBAL TECHNOLOGY SERVICES
                                              COMPANY) and CHEVRON
                                              INTERNATIONAL EXPLORATION AND
                                              PRODUCTION COMPANY(formerly known
                                              as CHEVRONTEXACO OVERSEAS
                                              PETROLEUM), a Division of CHEVRON
                                              U.S.A. INC.


Dated:  November 30, 2007                RUSSAKOW/ RYAN/ JOHNSON
                                         A Professional Law Corporation


                                         By: __/s/_____
                                              Lisa Tan
                                              Attorneys for Defendant MICHAEL S. LITTLE

### ORDER

   IT IS HEREBY ORDERED that this action shall be further stayed until the Venezuelan litigation is concluded, and the Case Management Conference scheduled for December 7, 2007 at 9:00 a.m. shall be continued until May 30, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than May 23, 2008.

Dated  November 30, 2007                 _____
                                         Hon. Maxine M. Chesney
                                         United States District Court Judge