Michele Ballard Miller (SBN 104198)
   *mbm@millerlawgroup.com*
Lisa C. Hamasaki (SBN 197628)
   *lch@millerlawgroup.com*
Katherine L. Kettler (SBN 231586)
   *klk@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC.

Lisa Tan (SBN 228326)
   ltan@rrjlaw.com
RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, CA 91101
Tel. (626) 683-8869
Fax (626) 683-8870

Attorneys for Defendant
MICHAEL S. LITTLE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC.<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE,<br><br>    Defendant. | Case No. C 06 3157 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY PROCEEDINGS AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: May 11, 2006 |

1
**STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY PROCEEDINGS AND CONTINUE CMC**
Case No. C 06 3157 MMC

Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as CHEVRONTEXACO OVERSEARS PETROLEUM, a division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little, through their respective counsel agree and stipulate as follows:

1. This is a diversity action for breach of contract and the implied covenant of good faith and fair dealing in which Plaintiffs contend that by filing a lawsuit against Plaintiffs in Venezuela – instead of California – Defendant breached forum selection clauses entered into by the parties.

2. Defendant denies Plaintiffs' allegations.

3. On August 10, 2007, a Venezuela court dismissed Defendant's case against Plaintiffs on the merits.

4. On or about December 4, 2007, the Venezuelan appellate level court denied Defendant's appeal.

5. In December 2007, Defendant appealed to the Venezuelan Supreme Tribunal of Justice.

6. The parties are informed and understand that the Venezuelan Supreme Court could take as many as 12 months to rule on Defendant's appeal.

7. At the parties' further Case Management Conference held on September 7, 2007, this Court vacated trial and related dates pending the outcome of the parties' Venezuelan litigation.

8. In light of the fact that the appeal is ongoing, the parties agree and request of the Court that all proceedings remain stayed until the Venezuelan litigation is concluded.

9. Further the parties agree and request of the Court that the Case Management Conference scheduled for May 30, 2008, at 10:30 a.m., be continued to a date

at least six months from the date of this filing, at which time the parties will provide the Court with a status update.

**IT IS SO STIPULATED**:

Dated: May 19, 2008    MILLER LAW GROUP
                       A Professional Corporation

By: __/s/_____
Michele Ballard Miller
Attorneys for Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY(formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC.

Dated: May 19, 2008    RUSSAKOW/ RYAN/ JOHNSON
                       A Professional Law Corporation

By: __/s/_____
Lisa Tan
Attorneys for Defendant MICHAEL S. LITTLE

### ORDER

IT IS HEREBY ORDERED that this action shall be further stayed until the Venezuelan litigation is concluded, and the Case Management Conference scheduled for May 30, 2008 at 10:30 a.m. shall be continued until December 5, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than November 26, 2008.

Dated  May 20, 2008

_____
Hon. Maxine M. Chesney
United States District Court Judge