Michele Ballard Miller (SBN 104198)
 *mbm@millerlawgroup.com*
Lisa C. Hamasaki (SBN 197628)
 *lch@millerlawgroup.com*
Katherine L. Kettler (SBN 231586)
 *klk@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiffs CHEVRON GLOBAL
TECHNOLOGY SERVICES COMPANY,
(formerly known as CHEVRONTEXACO
GLOBAL TECHNOLOGY SERVICES COMPANY)
and CHEVRON INTERNATIONAL EXPLORATION
AND PRODUCTION COMPANY (formerly known as
CHEVRONTEXACO OVERSEAS PETROLEUM),
a Division of CHEVRON U.S.A. INC.

Lisa Tan (SBN 228326)
 *ltan@rrjlaw.com*
RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, CA 91101
Tel. (626) 683-8869
Fax (626) 683-8870

Attorneys for Defendant
MICHAEL S. LITTLE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE,<br><br>Defendant. | Case No. C 06 3157 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY PROCEEDINGS AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: May 11, 2006 |

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

1    Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY

2   (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL

3   TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL

4   EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as

5   CHEVRONTEXACO OVERSEARS PETROLEUM, a division of CHEVRON U.S.A. INC.

6   (referred to collectively as "Plaintiffs") and Defendant Michael S. Little, through their

7   respective counsel agree and stipulate as follows:

8    1.    This is a diversity action for breach of contract and the implied covenant

9   of good faith and fair dealing in which Plaintiffs contend that by filing a lawsuit against

10   Plaintiffs in Venezuela – instead of California – Defendant breached forum selection clauses

11   entered into by the parties.

12    2.    Defendant denies Plaintiffs' allegations.

13    3.    On August 10, 2007, a Venezuela court dismissed Defendant's case

14   against Plaintiffs on the merits.

15    4.    On or about December 4, 2007, the Venezuelan appellate level court

16   denied Defendant's appeal.

17    5.    In December 2007, Defendant appealed to the Venezuelan Supreme

18   Tribunal of Justice.

19    6.    The parties have been informed that the Venezuelan Supreme Court

20   could take as many as 12 months to rule on Defendant's appeal.

21    7.    The Venezuelan Supreme Court has not yet ruled on the Defendant's

22   appeal.

23    8.    At the parties' further Case Management Conference held on

24   September 7, 2007, this Court vacated trial and related dates pending the outcome of the

25   parties' Venezuelan litigation.

26    9.    In light of the fact that the appeal is ongoing, the parties agree and

27   request of the Court that all proceedings remain stayed until the Venezuelan litigation is

28   concluded.

1         10.    Further the parties agree and request of the Court that the Case

2    Management Conference scheduled for December 5, 2008, at 10:30 a.m., be continued to a

3    date at least six months from the date of this filing, at which time the parties will provide the

4    Court with a status update.

5    **IT IS SO STIPULATED**:

6    Dated: November 21, 2008            MILLER LAW GROUP

7                                           A Professional Corporation

8

9                                           By: __/s/_____
                                            Katherine L. Kettler

10                                          Attorneys for Plaintiffs CHEVRON GLOBAL
                                            TECHNOLOGY SERVICES COMPANY,

11                                          (formerly known as CHEVRONTEXACO
                                            GLOBAL TECHNOLOGY SERVICES

12                                          COMPANY) and CHEVRON
                                            INTERNATIONAL EXPLORATION AND

13                                          PRODUCTION COMPANY(formerly known
                                            as CHEVRONTEXACO OVERSEAS

14                                          PETROLEUM), a Division of CHEVRON

15                                          U.S.A. INC.

16   Dated: November 21, 2008            RUSSAKOW/ RYAN/ JOHNSON
                                            A Professional Law Corporation

17

18                                          By: __/s/_____

19                                          Lisa Tan
                                            Attorneys for Defendant MICHAEL S. LITTLE

20                                       **<u>ORDER</u>**

21

22        IT IS HEREBY ORDERED that this action shall be further stayed until the

23   Venezuelan litigation is concluded, and the Case Management Conference scheduled for

24   December 5, 2008 at 10:30 a.m. shall be continued until _June 12, 2009_____.  The parties

25   shall file a Joint Case Management Conference Statement no later than June 5, 2009.

26   Dated _November 25, 2008____              _Maxine M. Chesney_____
                                       Hon. Maxine M. Chesney

27                                     United States District Court Judge

28

---

3
**STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY PROCEEDINGS AND CONTINUE CMC**
Case No. C 06 3157 MMC