Michele Ballard Miller (SBN 104198)
   *mbm@millerlawgroup.com*
Lisa C. Hamasaki (SBN 197628)
   *lch@millerlawgroup.com*
Katherine L. Kettler (SBN 231586)
   *klk@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiffs CHEVRON GLOBAL
TECHNOLOGY SERVICES COMPANY,
(formerly known as CHEVRONTEXACO
GLOBAL TECHNOLOGY SERVICES COMPANY)
and CHEVRON INTERNATIONAL EXPLORATION
AND PRODUCTION COMPANY (formerly known as
CHEVRONTEXACO OVERSEAS PETROLEUM),
a Division of CHEVRON U.S.A. INC.

Mark Russakow (SBN 162472)
   mrussakow@rrjlaw.com
Lisa Tan (SBN 228326)
   ltan@rrjlaw.com
RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, CA 91101
Tel. (626) 683-8869
Fax (626) 683-8870

Attorneys for Defendant
MICHAEL S. LITTLE

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A. INC.<br><br>                 Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE, | Case No. C 06 3157 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY PROCEEDINGS AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: May 11, 2006 |

1 | Defendant.
2    Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY
3 (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL
4 TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL
5 EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as
6 CHEVRONTEXACO OVERSEAS PETROLEUM, a division of CHEVRON U.S.A. INC.
7 (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), through
8 their respective counsel agree and stipulate as follows:

9    1.    This is a diversity action for breach of contract and the implied covenant
10 of good faith and fair dealing in which Plaintiffs contend that by filing a lawsuit against
11 Plaintiffs in Venezuela (the "Venezuelan action") – instead of California – Defendant
12 breached forum selection clauses entered into by the parties.

13    2.    Defendant denies Plaintiffs' allegations.

14    3.    On August 10, 2007, a Venezuela court dismissed the Venezuelan
15 action on the merits.

16    4.    Defendant Little appealed that ruling and on or about December 4,
17 2007, the Venezuelan appellate level court upheld the judgment in Plaintiffs' favor.

18    5.    In December 2007, Defendant appealed to the Venezuelan Supreme
19 Tribunal of Justice.

20    6.    In May 2009, the Venezuelan Supreme Tribunal of Justice upheld the
21 judgment in Plaintiffs' favor.

22    7.    As the prevailing party in the merits-phase of the Venezuelan action,
23 Plaintiffs are entitled to recover "court costs" from Defendant, which is an amount calculated
24 based upon a percentage of the amount Defendant initially demanded in the Venezuelan
25 action.  However, in order to obtain these court costs Plaintiffs must first receive an order as
26 to the amount, and then proceed with enforcement of that order.

27    8.    In order to obtain a ruling on the amount of court costs they can
28 receive, Plaintiffs are required to file a motion with the Venezuela trial court.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

9.    Plaintiffs' counsel is informed that this damages-phase of the Venezuelan action could take up to a year to complete.

10.    At the parties' further Case Management Conference held on September 7, 2007, this Court vacated trial and related dates pending the outcome of the parties' Venezuelan litigation.

11.    In light of the fact that the damages-phase of the litigation is ongoing, the parties agree and request of the Court that all proceedings remain stayed until this phase of the Venezuelan litigation is concluded.

12.    Further the parties agree and request of the Court that the Case Management Conference scheduled for June 12, at 10:30 a.m., be continued to a date at least six months from the date of this filing, at which time the parties will provide the Court with a status update.

**IT IS SO STIPULATED**:

Dated:  June 4, 2009

MILLER LAW GROUP
A Professional Corporation


By:   /s/_____
        Katherine L. Kettler
        Attorneys for Plaintiffs CHEVRON GLOBAL
        TECHNOLOGY SERVICES COMPANY,
        (formerly known as CHEVRONTEXACO
        GLOBAL TECHNOLOGY SERVICES
        COMPANY) and CHEVRON
        INTERNATIONAL EXPLORATION AND
        PRODUCTION COMPANY(formerly known
        as CHEVRONTEXACO OVERSEAS
        PETROLEUM), a Division of CHEVRON
        U.S.A. INC.

Dated:  June 4, 2009

RUSSAKOW/ RYAN/ JOHNSON
A Professional Law Corporation


By:   /s/_____
        Mark Russakow
        Attorneys for Defendant MICHAEL S. LITTLE

M<small>ILLER</small> L<small>AW</small> G<small>ROUP</small>
A P<small>ROFESSIONAL</small> C<small>ORPORATION</small>
S<small>AN</small> F<small>RANCISCO</small>, C<small>ALIFORNIA</small>

1
2
3
4

## ORDER

5
6       IT IS HEREBY ORDERED that this action shall be further stayed until the
7   Venezuelan litigation is concluded, and the Case Management Conference scheduled for
8   June 12 at 10:30 a.m. shall be continued until _December 18, 2009____.   The parties shall file a
9    Joint Case Management Conference Statement no later than December 11, 2009.

Dated _June 4, 2009_____

10                                 _Maxine M. Chesney_____
                                Hon. Maxine M. Chesney
11                                United States District Court Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY PROCEEDINGS AND CONTINUE CMC
Case No. C 06 3157 MMC