1  Michele Ballard Miller (SBN 104198)
       mbm@millerlawgroup.com
2  Katherine L. Kettler (SBN 231586)
       klk@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA  94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
7  Attorneys for Plaintiffs CHEVRON GLOBAL
   TECHNOLOGY SERVICES COMPANY,
   (formerly known as CHEVRONTEXACO
8  GLOBAL TECHNOLOGY SERVICES COMPANY)
   and CHEVRON INTERNATIONAL EXPLORATION
9  AND PRODUCTION COMPANY (formerly known as
   CHEVRONTEXACO OVERSEAS PETROLEUM),
10  a Division of CHEVRON U.S.A., INC.

11  Mark Russakow (SBN 162472)
       mrussakow@rrjlaw.com
12  Lisa Tan (SBN 228326)
       lltan@rrjlaw.com
13  RUSSAKOW | RYAN | JOHNSON
   A Professional Law Corporation
14  225 S. Lake Avenue, 10th Floor
   Pasadena, CA  91101
15  Tel:  (626) 683-8869
   Fax: (626) 683-8870
16
17  Attorneys for Defendant
   MICHAEL S. LITTLE

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20
21  CHEVRON GLOBAL TECHNOLOGY              Case No. C 06 3157 MMC
   SERVICES COMPANY, (formerly known as
22  CHEVRONTEXACO GLOBAL
   TECHNOLOGY SERVICES COMPANY) and      **STIPULATION AND [PROPOSED]**
23  CHEVRON INTERNATIONAL                 **ORDER EXTENDING CASE**
   EXPLORATION AND PRODUCTION            **DEADLINES**
24  COMPANY (formerly known as
   CHEVRONTEXACO
25  OVERSEAS PETROLEUM), a Division of
   CHEVRON U.S.A., INC.
26
              Plaintiffs,
27
   v.
28
   MICHAEL S. LITTLE,

1

|   | Defendant. |
|---|---|
| 1 | |

Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, a division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), through their respective counsel agree and stipulate as follows:

WHEREAS, on December 18, 2009, the Court ordered the Parties to file briefs in support of their respective Cross-Motions for Summary Judgment by February 5, 2010 in the above-referenced Action, with the Parties' opposition and reply briefs to follow, and to appear before the Court for a hearing on the Cross Motions for Summary Judgment on March 12, 2010;

WHEREAS, the Parties are endeavoring to finalize a settlement of the Action and agree that the current filing deadline should be modified to provide sufficient time for the parties to complete their settlement negotiations;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned attorneys of record, to extend the deadline for filing the Parties' Cross-Motions for Summary Judgment to February 12, 2010 and extend all associated deadlines and the hearing date accordingly:

| | | |
|---|---|---|
| February 12, 2010 | | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| February 26, 2010 | | Last day for the parties to file and serve Opposition to Cross-Motions for Summary Judgment. |
| March 5, 2010 | | Last day for the parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| _____, 2010 | | Hearings on parties Motions for Summary Judgment. |

Good cause exists for extending the existing deadline for filing the Parties' Cross-Motions for Summary Judgment, and all associated deadlines, as set forth above.

**IT IS SO STIPULATED.**

Dated: February 4, 2010				RUSSAKOW RYAN JOHNSON
							A Professional Law Corporation


							By: __/S/_____
							    Lisa Tan
							    Attorneys for Defendant
							    MICHAEL LITTLE


Dated: February 4, 2010				MILLER LAW GROUP
							A Professional Corporation


							By: __/S/_____
							    Katherine L. Kettler
							    Attorneys for Plaintiffs CHEVRON
							    GLOBAL TECHNOLOGY
							    SERVICES COMPANY and CHEVRON
							    INTERNATIONAL EXPLORATION AND
							    PRODUCTION, a division of CHEVRON
							    U.S.A. INC.

3

# **ORDER**

Having reviewed the Stipulation executed by Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION and Defendant MICHAEL LITTLE, and good cause appearing, the Court hereby orders that the March 12, 2010 hearing on the parties Cross-Motions for Summary Judgment and associated dates are VACATED, and are rescheduled pursuant to the schedule set forth below.

| Date | Description |
|---|---|
| February 12, 2010 | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| February 26, 2010 | Last day for the parties to file and serve Opposition to Cross-Motions for Summary Judgment. |
| March 5, 2010 | Last day for the parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| March 26, 2010 | Hearings on parties Cross-Motions for Summary Judgment. |

**IT IS SO ORDERED.**

Dated: __February 8, 2010__

The Honorable Maxine M. Chesney
United States District Judge

4851-1507-6357, v. 1