Michele Ballard Miller (SBN 104198)
    mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
    klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA  94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC.

Mark Russakow (SBN 162472)
    mrussakow@rrjlaw.com
Lisa Tan (SBN 228326)
    lltan@rrjlaw.com
RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, CA  91101
Tel:  (626) 683-8869
Fax: (626) 683-8870

Attorneys for Defendant
MICHAEL S. LITTLE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC.<br><br>            Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE,<br><br>            Defendant. | Case No. C 06 3157 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING CASE DEADLINES** |

Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, a division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), through their respective counsel agree and stipulate as follows:

WHEREAS, on February 8, 2010, the Court extended the Parties' deadline to file briefs in support of their respective Cross-Motions for Summary Judgment to February 12, 2010 in the above-referenced Action, with the Parties' opposition and reply briefs to follow, and to appear before the Court for a hearing on the Cross Motions for Summary Judgment on March 26, 2010;

WHEREAS, the Parties are endeavoring to finalize a settlement of the Action and agree that the current filing deadline should be modified to provide sufficient time for the parties to complete their settlement negotiations;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned attorneys of record, to further extend the deadline for filing the Parties' Cross-Motions for Summary Judgment to February 19, 2010 and extend all associated deadlines and the hearing date accordingly:

///
///
///
///

| | | |
|---|---|---|
| 1 | February 19, 2010 | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| 2 | | |
| 3 | March 5, 2010 | Last day for the Parties to file and serve Opposition to Cross-Motions for Summary Judgment. |
| 4 | | |
| 5 | March 12, 2010 | Last day for the Parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| 6 | | |
| 7 | _____, 2010 | Hearings on the Parties' Motions for Summary Judgment. |
| 8 | | |

Good cause exists for extending the existing deadline for filing the Parties' Cross-Motions for Summary Judgment, and all associated deadlines, as set forth above.

**IT IS SO STIPULATED.**

Dated: February 11, 2010                    RUSSAKOW RYAN JOHNSON
                                             A Professional Law Corporation


                                             By:  /S/
                                             Lisa Tan
                                             Attorneys for Defendant
                                             MICHAEL LITTLE


Dated: February 11, 2010                    MILLER LAW GROUP
                                             A Professional Corporation


                                             By:  /S/
                                             Katherine L. Kettler
                                             Attorneys for Plaintiffs CHEVRON
                                             GLOBAL TECHNOLOGY
                                             SERVICES COMPANY and CHEVRON
                                             INTERNATIONAL EXPLORATION AND
                                             PRODUCTION, a division of CHEVRON
                                             U.S.A. INC.

3

# **ORDER**

Having reviewed the Stipulation executed by Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY and Defendant MICHAEL LITTLE, and good cause appearing, the Court hereby orders that the March 26, 2010 hearing on the parties Cross-Motions for Summary Judgment and associated dates are VACATED, and are rescheduled pursuant to the schedule set forth below.

| Date | Event |
|---|---|
| February 19, 2010 | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| March 5, 2010 | Last day for the Parties to file and serve Opposition to Cross-Motions for Summary Judgment. |
| March 12, 2010 | Last day for the Parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| April 2, 2010 | Hearings on the Parties' Cross-Motions for Summary Judgment. |

**IT IS SO ORDERED.**

Dated: February 12, 2010

The Honorable Maxine M. Chesney
United States District Judge

4836-9268-4549, v. 1