Michele Ballard Miller (SBN 104198)
    mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
    klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA  94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC.

Mark Russakow (SBN 162472)
    mrussakow@rrjlaw.com
Lisa Tan (SBN 228326)
    lltan@rrjlaw.com
RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, CA  91101
Tel:  (626) 683-8869
Fax: (626) 683-8870

Attorneys for Defendant
MICHAEL S. LITTLE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC.<br><br>            Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE,<br><br>            Defendant. | Case No. C 06 3157 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING CASE DEADLINES** |

Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, a division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), through their respective counsel agree and stipulate as follows:

WHEREAS, on February 12, 2010, the Court extended the Parties' deadline to file briefs in support of their respective Cross-Motions for Summary Judgment to February 19, 2010 in the above-referenced Action, with the Parties' opposition and reply briefs to follow, and to appear before the Court for a hearing on the Cross Motions for Summary Judgment on April 2, 2010;

WHEREAS, the Parties are still endeavoring to finalize a settlement of the Action and agree that the current filing deadline should be modified to provide sufficient time for the parties to complete their settlement negotiations;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned attorneys of record, to further extend the deadline for filing the Parties' Cross-Motions for Summary Judgment to March 4, 2010 and extend all associated deadlines and the hearing date accordingly:

///
///
///
///

| | | |
|---|---|---|
| 1 | March 5, 2010 | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| 2 | | |
| 3 | March 19, 2010 | Last day for the Parties to file and serve Opposition to Cross-Motions for Summary Judgment. |
| 4 | | |
| 5 | March 26, 2010 | Last day for the Parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| 6 | | |
| 7 | _____, 2010 | Hearings on the Parties' Motions for Summary Judgment. |
| 8 | | |

Good cause exists for extending the existing deadline for filing the Parties' Cross-Motions for Summary Judgment, and all associated deadlines, as set forth above.

**IT IS SO STIPULATED.**

Dated: February 18, 2010       RUSSAKOW RYAN JOHNSON
                              A Professional Law Corporation


                              By: __/S/_____
                                  Lisa Tan
                                  Attorneys for Defendant
                                  MICHAEL LITTLE


Dated: February 18, 2010       MILLER LAW GROUP
                              A Professional Corporation


                              By: __/S/_____
                                  Michele Ballard Miller
                                  Attorneys for Plaintiffs CHEVRON
                                  GLOBAL TECHNOLOGY
                                  SERVICES COMPANY and CHEVRON
                                  INTERNATIONAL EXPLORATION AND
                                  PRODUCTION, a division of CHEVRON
                                  U.S.A. INC.

**ORDER**

Having reviewed the Stipulation executed by Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY and Defendant MICHAEL LITTLE, and good cause appearing, the Court hereby orders that the April 2, 2010 hearing on the parties Cross-Motions for Summary Judgment and associated dates are VACATED, and are rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| _March 5_____, 2010 | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| ___March 19_____, 2010 | Last day for the Parties to file and serve Opposition to Cross-Motions for Summary Judgment. |
| __March 26_____, 2010 | Last day for the Parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| _____April 16_____, 2010 | Hearings on the Parties' Cross-Motions for Summary Judgment. |

**IT IS SO ORDERED.**

Dated: __February 19, 2010_____



The Honorable Maxine M. Chesney
United States District Judge

4821-4970-6501, v. 1

3

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES (CASE NO. C 06 3157 MMC)