1  Michele Ballard Miller (SBN 104198)
       mbm@millerlawgroup.com
2  Katherine L. Kettler (SBN 231586)
       klk@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA  94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Plaintiffs CHEVRON GLOBAL
7  TECHNOLOGY SERVICES COMPANY,
   (formerly known as CHEVRONTEXACO
8  GLOBAL TECHNOLOGY SERVICES COMPANY)
   and CHEVRON INTERNATIONAL EXPLORATION
9  AND PRODUCTION COMPANY (formerly known as
   CHEVRONTEXACO OVERSEAS PETROLEUM),
10 a Division of CHEVRON U.S.A., INC.

11 Mark Russakow (SBN 162472)
       mrussakow@rrjlaw.com
12 Lisa Tan (SBN 228326)
       lltan@rrjlaw.com
13 RUSSAKOW | RYAN | JOHNSON
   A Professional Law Corporation
14 225 S. Lake Avenue, 10th Floor
   Pasadena, CA  91101
15 Tel:  (626) 683-8869
   Fax: (626) 683-8870
16
   Attorneys for Defendant
17 MICHAEL S. LITTLE

18                **UNITED STATES DISTRICT COURT**

19                **NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21 CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC. <br><br>     Plaintiffs, <br><br> v. <br><br> MICHAEL S. LITTLE, <br><br>     Defendant. | Case No. C 06 3157 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING CASE DEADLINES** |

1  Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY
2  (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL
3  TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL
4  EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as
5  CHEVRONTEXACO OVERSEAS PETROLEUM, a division of CHEVRON U.S.A. INC.
6  (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), through
7  their respective counsel agree and stipulate as follows:

9  WHEREAS, on March 5, 2010, the Court extended the Parties' deadline to file
10 briefs in support of their respective Cross-Motions for Summary Judgment to March 19,
11 2010 in the above-referenced Action, with the Parties' opposition and reply briefs to follow,
12 and to appear before the Court for a hearing on the Cross Motions for Summary Judgment
13 on April 30, 2010;

15 WHEREAS, the Parties are still endeavoring to finalize a settlement of the
16 Action and agree that the current filing deadline should be modified to provide sufficient time
17 for the parties to complete their settlement negotiations;

19 NOW, THEREFORE,

21 IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and
22 Defendant, by and through their respective undersigned attorneys of record, to further
23 extend the deadline for filing the Parties' Cross-Motions for Summary Judgment to April 2,
24 2010 and extend all associated deadlines and the hearing date accordingly:
25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | April 2, 2010 | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| 2 | | |
| 3 | April 16, 2010 | Last day for the Parties to file and serve Opposition to Cross-Motions for Summary Judgment. |
| 4 | | |
| 5 | April 23, 2010 | Last day for the Parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| 6 | | |
| 7 | _____, 2010 | Hearings on the Parties' Motions for Summary Judgment. |

Good cause exists for extending the existing deadline for filing the Parties' Cross-Motions for Summary Judgment, and all associated deadlines, as set forth above.

**IT IS SO STIPULATED.**

Dated: March 19, 2010              RUSSAKOW RYAN JOHNSON
                                   A Professional Law Corporation


                                   By:  /S/ _____
                                        Lisa Tan
                                        Attorneys for Defendant
                                        MICHAEL LITTLE


Dated: March 19, 2010              MILLER LAW GROUP
                                   A Professional Corporation


                                   By:  /S/ _____
                                        Michele Ballard Miller
                                        Attorneys for Plaintiffs CHEVRON
                                        GLOBAL TECHNOLOGY
                                        SERVICES COMPANY and CHEVRON
                                        INTERNATIONAL EXPLORATION AND
                                        PRODUCTION, a division of CHEVRON
                                        U.S.A. INC.

**ORDER**

Having reviewed the Stipulation executed by Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY and Defendant MICHAEL LITTLE, and good cause appearing, the Court hereby orders that the April 30, 2010 hearing on the parties Cross-Motions for Summary Judgment and associated dates are VACATED, and are rescheduled pursuant to the schedule set forth below.

| Date | Event |
|---|---|
| April 2, 2010 | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| April 16, 2010 | Last day for the Parties to file and serve Opposition to Cross-Motions for Summary Judgment. |
| April 23, 2010 | Last day for the Parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| May 14, 2010 | Hearings on the Parties' Cross-Motions for Summary Judgment. |

**IT IS SO ORDERED.**

Dated: March 22, 2010

The Honorable Maxine M. Chesney
United States District Judge

4846-2730-3429, v. 1