Michele Ballard Miller (SBN 104198)
    mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
    klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA  94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC.

Mark Russakow (SBN 162472)
    mrussakow@rrjlaw.com
Lisa Tan (SBN 228326)
    lltan@rrjlaw.com
RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, CA  91101
Tel:  (626) 683-8869
Fax: (626) 683-8870

Attorneys for Defendant
MICHAEL S. LITTLE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC.<br><br>             Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE,<br><br>             Defendant. | Case No. C 06 3157 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING CASE DEADLINES** |
|---|---|

Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, a division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), through their respective counsel agree and stipulate as follows:

WHEREAS, on March 22, 2010, the Court extended the Parties' deadline to file briefs in support of their respective Cross-Motions for Summary Judgment to April 2, 2010 in the above-referenced Action, with the Parties' opposition and reply briefs to follow, and to appear before the Court for a hearing on the Cross Motions for Summary Judgment on May 14, 2010;

WHEREAS, the Parties are still endeavoring to finalize a settlement of the Action and agree that the current filing deadline should be modified to provide sufficient time for the parties to complete their settlement negotiations;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned attorneys of record, to further extend the deadline for filing the Parties' Cross-Motions for Summary Judgment to April 16, 2010 and extend all associated deadlines and the hearing date accordingly:

///
///
///
///

1

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES (CASE NO. C 06 3157 MMC)

| | |
|---|---|
| April 16, 2010 | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| April 30, 2010 | Last day for the Parties to file and serve Opposition to Cross-Motions for Summary Judgment. |
| May 7, 2010 | Last day for the Parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| _____, 2010 | Hearings on the Parties' Motions for Summary Judgment. |

Good cause exists for extending the existing deadline for filing the Parties' Cross-Motions for Summary Judgment, and all associated deadlines, as set forth above.

**IT IS SO STIPULATED.**

Dated: April 2, 2010

RUSSAKOW RYAN JOHNSON
A Professional Law Corporation


By: __/S/_____
    Mark Russakow
    Attorneys for Defendant
    MICHAEL LITTLE

Dated: April 2, 2010

MILLER LAW GROUP
A Professional Corporation


By: __/S/_____
    Michele Ballard Miller
    Attorneys for Plaintiffs CHEVRON
    GLOBAL TECHNOLOGY
    SERVICES COMPANY and CHEVRON
    INTERNATIONAL EXPLORATION AND
    PRODUCTION, a division of CHEVRON
    U.S.A. INC.

# ORDER

Having reviewed the Stipulation executed by Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY and Defendant MICHAEL LITTLE, and good cause appearing, the Court hereby orders that the May 14, 2010 hearing on the parties Cross-Motions for Summary Judgment and associated dates are VACATED, and are rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| April 16, 2010 | Last day for the Parties to file and serve Cross-Motions for Summary Judgment. |
| April 30, 2010 | Last day for the Parties to file and serve Opposition to Cross-Motions for Summary Judgment. |
| May 7, 2010 | Last day for the Parties to file and serve Reply briefs in support of their respective Cross-Motions for Summary Judgment. |
| May 28, 2010 | Hearings on the Parties' Cross-Motions for Summary Judgment. |

**IT IS SO ORDERED.**

Dated: April 5, 2010



The Honorable Maxine M. Chesney
United States District Judge

4833-2779-7765, v. 1