Michele Ballard Miller (SBN 104198)
    mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
    klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA  94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC.

Mark Russakow (SBN 162472)
    mrussakow@rrjlaw.com
Lisa Tan (SBN 228326)
    lltan@rrjlaw.com
RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, CA  91101
Tel:  (626) 683-8869
Fax: (626) 683-8870

Attorneys for Defendant
MICHAEL S. LITTLE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC.<br><br>             Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE,<br><br>             Defendant. | Case No. C 06 3157 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING COURT DEADLINES IN LIGHT OF SETTLEMENT**  AND CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, a division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), through their respective counsel agree and stipulate as follows:

WHEREAS, on April 5, 2010, the Court extended the Parties' deadline to file briefs in support of their respective Cross-Motions for Summary Judgment to April 16, 2010 in the above-referenced Action, with the Parties' opposition and reply briefs to follow, and to appear before the Court for a hearing on the Cross-Motions for Summary Judgment on May 28, 2010;

WHEREAS, there is currently set in this case a continued case management conference on June 4, 2010 at 10:30 a.m.;

WHEREAS, the Parties have reached a settlement of the Action and are in the process of finalizing that settlement prior to requesting dismissal of this action;

WHEREAS, the Parties anticipate that the settlement will be finalized and the case dismissed within 60 days of the date of this Stipulation and the Parties agree that the deadlines associated with the Parties' Cross-Motions for Summary Judgment as well as the upcoming case management conference should be vacated in light of this development;

NOW, THEREFORE,

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and
2  Defendant, by and through their respective undersigned attorneys of record, to vacate the
3  deadline for filing the Parties' Cross-Motions for Summary Judgment and other deadlines
4  associated with the Parties' Cross-Motions for Summary Judgment and to vacate the
5  continued case management conference scheduled for June 4, 2010 at 10:30 a.m.  The
6  Parties further stipulate and request that the Court retain jurisdiction of this matter until the
7  settlement is finalized and the case is dismissed by the Parties.  The Parties anticipate that
8  the settlement will be finalized and the case dismissed within 60 days of filing this
9  Stipulation.

11  Good cause exists for vacating the case management conference and the
12  deadlines associated with filing the Parties' Cross-Motions for Summary Judgment as set
13  forth above.

15  **IT IS SO STIPULATED.**

17  Dated:  April 15, 2010                    RUSSAKOW RYAN JOHNSON
                                              A Professional Law Corporation

19                                            By:  __/S/_____
20                                                 Lisa Tan
                                                   Attorneys for Defendant
21                                                 MICHAEL LITTLE

22  Dated:  April 15, 2010                    MILLER LAW GROUP
                                              A Professional Corporation

24                                            By:  __/S/_____
25                                                 Michele Ballard Miller
                                                   Attorneys for Plaintiffs CHEVRON
26                                                 GLOBAL TECHNOLOGY
                                                   SERVICES COMPANY and CHEVRON
27                                                 INTERNATIONAL EXPLORATION AND
                                                   PRODUCTION, a division of CHEVRON
28                                                 U.S.A. INC.

2

STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES (CASE NO. C 06 3157 MMC)

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

**ORDER**

Having reviewed the Stipulation executed by Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY and Defendant MICHAEL LITTLE, and good cause appearing, the Court hereby orders that the May 28, 2010 hearing on the parties Cross-Motions for Summary Judgment and all dates associated with the Cross-Motions for Summary Judgment are VACATED. The Court further ~~vacates~~ CONTINUES the scheduled ~~continued~~ case management conference in this action, which was previously set for June 4, 2010, to July 16, 2010; a Joint Case Management Statement shall be filed no later than July 9, 2010.

~~In the event that the settlement of this action has not been finalized and dismissal of this action has not been accomplished within ___ days of this Order, the Parties should contact the Court to schedule a further status conference.~~

**IT IS SO ORDERED.**

Dated: __April 16, 2010_____      *[signature]*
The Honorable Maxine M. Chesney
United States District Judge

4852-8162-7653, v. 1

3

STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES (CASE NO. C 06 3157 MMC)