Michele Ballard Miller (SBN 104198)
   mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
   klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC.

Mark Russakow (SBN 162472)
   mrussakow@rrjlaw.com
Lisa Tan (SBN 228326)
   lltan@rrjlaw.com
RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, CA 91101
Tel: (626) 683-8869
Fax: (626) 683-8870

Attorneys for Defendant
MICHAEL S. LITTLE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, (formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a Division of CHEVRON U.S.A., INC.<br><br>          Plaintiffs,<br><br>v.<br><br>MICHAEL S. LITTLE,<br><br>          Defendant. | Case No. C 06 3157 MMC<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER VACATING CASE DEADLINES (CASE NO. C 06 3157 MMC)

Plaintiffs CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (CHEVRON "GLOBETECH"), formerly known as CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES COMPANY, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY ("CIEP"), formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, a division of CHEVRON U.S.A. INC. (referred to collectively as "Plaintiffs") and Defendant Michael S. Little ("Defendant"), through their respective counsel agree and stipulate to dismiss this entire action with prejudice. Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: May 17, 2010          RUSSAKOW RYAN JOHNSON
                             A Professional Law Corporation


                             By: __/S/_____
                                 Lisa Tan
                                 Attorneys for Defendant
                                 MICHAEL LITTLE

Dated: May 17, 2010          MILLER LAW GROUP
                             A Professional Corporation


                             By: __/S/_____
                                 Michele Ballard Miller
                                 Attorneys for Plaintiffs CHEVRON
                                 GLOBAL TECHNOLOGY
                                 SERVICES COMPANY and CHEVRON
                                 INTERNATIONAL EXPLORATION AND
                                 PRODUCTION, a division of CHEVRON
                                 U.S.A. INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: May 18, 2010

The Honorable Maxine M. Chesney
United States District Judge

4826-7520-3590, v. 1